**LAW OFFICES OF ARMANDO VILLAPUDUA**
Armando Villapudua, SBN: 173945
2431 W. March Lane, Suite 220
Stockton, CA 95207
Tel: (209) 956-1234
Fax: (209) 478-4981
Email: avlaw@ymail.com

Attorney for:
LEONAIRES ALCAUTER

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LEONAIRES ALCAUTER,<br><br>Defendant | Case No.: 14-CR-00040WBS<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE WILLIAM B. SHUBB AND JUSTIN LEE, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, LEONAIRES ALCAUTER, by and through his attorney of record, ARMANDO VILLAPADUA hereby requesting that the sentencing hearing currently set for Monday, November 28, 2016 be continued to Monday, December 19, 2016.

I recently met with United States Probation Officer Rebecca A. Fidelman in the matter of U.S. v. Leonaires Alcauter for a Pre-sentencing Investigation Report Interview. I have been informed that a Pre- Sentence Report shall be disclosed no later than November 7, 2016 and a Motion for Correction of the Pre-Sentence Report shall be filed by counsel and served to the Probation Officer and Opposing Counsel no later than November 14, 2016. I have a pre-paid vacation from November 2, 2016- November 16, 2016 out of the country. I have spoken to

USPO Rebecca Fidelman and AUSA Justin Lee, and they have no objection to continuing the sentencing hearing. We are proposing the following schedule:

November 2, 2016: Informal Objections due

November 21, 2016: Final Pre-Sentence Report due

December 5, 2016: Formal Objections

December 12, 2016: Response to Formal Objections and Sentencing Memorandums

December 19, 2016: Sentencing Hearing

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: 10/28/2016                                              */s/ Armando Villapadua*
                                                               ARMANDO VILLAPADUA
                                                               Attorney for Defendant
                                                               LEONEL VALDEZ AYON

DATED: 10/28/16                                                */s/ Justin Lee*
                                                               JUSTIN LEE
                                                               Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED** that the sentencing hearing be continued to December 19, 2016.

Dated:  October 31, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE