UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA




| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR S-14-0040-12 WBS |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| **LEONAIRES ALCAUTER,** ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release **Leonaires Alcauter** Case  CR S-14-0040-12  WBS  from custody for the following reasons:

    \_   Release on Personal Recognizance

    \_   Bail Posted in the Sum of _____

    \_   Unsecured bond

    \_   Appearance Bond with 10% Deposit

    \_   Appearance Bond secured by Real Property

    \_   Corporate Surety Bail Bond

    **X**   (Other)  **Defendant was sentenced to a term of TIME SERVED.**

Issued at  Sacramento, CA  on  December 19, 2016   at  *11:35*  a.m.

By  _____
William B. Shubb,
United States District Judge

Orig & Copy: USM
Copy to Docketing